HEMOPET, Plaintiff–Appellant

v.

HILL'S PET NUTRITION, INC.,
Defendant–Appellee.

No. 2015–1218.

United States Court of Appeals,
Federal Circuit.

Sept. 21, 2015.

Frances S. Lewis, Susman Godfrey L.L.P., Los Angeles, CA, argued for plaintiff-appellant. Also represented by Marc M. Seltzer; Joseph Samuel Grinstein, John Pierre Lahad, Houston, TX.

Bryan Scott Hales, Kirkland & Ellis LLP, Chicago, IL, argued for defendant-appellee. Also represented by Dennis J. Abdelnour, Eric David Hayes, Kristina Nicole Hendricks.

NEWMAN, DYK, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

POLY–AMERICA, L.P.,
Plaintiff–Appellant

v.

API INDUSTRIES, INC.,
Defendant–Appellee.

No. 2015–1248.

United States Court of Appeals,
Federal Circuit.

Sept. 21, 2015.

Erica Worth Harris, Susman Godfrey L.L.P., Houston, TX, argued for plaintiff-appellant. Also represented by Leelle B. Krompass, New York, NY.

Jack B. Blumenfeld, Morris, Nichols, Arsht & Tunnell LLP, Wilmington, DE, argued for defendant-appellee. Also represented by Michael J. Flynn, Maryellen Noreika; Mark I. Koffsky, Efrem Schwalb, Koffsky Schwalb LLC, New York, NY.

NEWMAN, CHEN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**